IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                    PLAINTIFF

v.                              No: 3:20-cv-255-DPM-PSH

**CHELSEA SPENCE, Officer,**
**Craighead County Detention Center;**
**ASHLEY HARRINGTON, Officer,**
**Craighead County Detention Center;**
**and JON BALLARD, Sergeant,**
**Craighead County Detention Center**                        DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Barron hasn't filed an amended complaint; and the time to do so has passed. *Doc 5.* Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 October 2020