IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                          **PLAINTIFF**

v.                          No: 3:20-cv-255-DPM

**CHELSEA SPENCE, Officer,**
**Craighead County Detention Center;**
**ASHLEY HARRINGTON, Officer,**
**Craighead County Detention Center;**
**and JON BALLARD, Sergeant,**
**Craighead County Detention Center**                              **DEFENDANTS**

## JUDGMENT

Barron's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 October 2020